IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LAWRENCE DOSWELL      *

    v.      *    Civil No. JFM-00-2050

     *

BETHLEHEM STEEL CORPORATION,    *
ET AL.      *

     *****

ORDER

For the reasons stated on the record on October 27, 2000, it is, this 1st day of November 2000

ORDERED

1. Defendants' motion to dismiss is denied without prejudice to defendants renewing the arguments made in support of their motion by way of a motion for summary judgment; and

2. Defendants shall file a motion for summary judgment on or before January 19, 2001.

_____
J. Frederick Motz
United States District Judge

