IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LAWRENCE DOSWELL            *
                            *
          v.                *   Civil No. JFM-00-2050
                            *
BETHLEHEM STEEL CORPORATION,*
ET AL.                      *
                        *****

ORDER

For the reasons stated in the accompanying memorandum, it is, this 13th day of March 2001

ORDERED

1. Defendants' motion for summary judgment is granted; and

2. Judgment is entered in favor of defendants.

_____
J. Frederick Motz
United States District Judge

MAR 14